# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO HOWARD, :

    Petitioner :

                                                      3:CV-13-1494

v. :

                                                      (Judge Mannion)

JOHN E. WETZEL, et al., :

    Respondents :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

Dated: June 6, 2013
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1494-01-order.wpd